

FILED
MAY 07 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTEL RICHARDSON,<br>DOMINIC LANGSTON,<br><br>Defendants. | I N D I C T M E N T<br><br>**3:25 CR 223**<br>**JUDGE HELMICK**<br>CASE NO. ___ MAGISTRATE JUDGE CLAY<br>Title 21, United States Code,<br>Sections 841(a)(1), (b)(1)(A),<br>(b)(1)(B), (b)(1)(C), (b)(1)(D)<br>and 846; Title 18, United States<br>Code, Section 924(c)(1)(A) |

COUNT 1
(Drug Conspiracy, 21 U.S.C. § 846)

The Grand Jury charges:

1. Beginning on or about March 2021 and continuing through the date of this Indictment, the exact dates unknown to the Grand Jury, in the Northern District of Ohio, Western Division, and elsewhere, Defendants MONTEL RICHARDSON and DOMINIC LANGSTON did knowingly and intentionally combine, conspire, confederate, and agree together and with each other, and with others known and unknown to the Grand Jury, to possess with the intent to distribute and to distribute quantities of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; 40 grams or more of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance; quantities of a mixture and substance containing a detectable amount of marihuana, a Schedule I controlled

ORIGINAL

1

substance; and 50 grams or more of methamphetamine hydrochloride, a Schedule II controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), (b)(1)(B), (b)(1)(C), (b)(1)(D) and 846.

## COUNT 2
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

2. On or about July 5, 2023, in the Northern District of Ohio, Western Division, DOMINIC LANGSTON did knowingly and intentionally distribute approximately 1.72 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 3
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 21, 2023, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 2.10 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

4. On or about August 2, 2023, in the Northern District of Ohio, Western Division, DOMINIC LANGSTON did knowingly and intentionally distribute approximately 5.04 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 5
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

5. On or about September 11, 2023, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 10.98 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 6
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

6. On or about November 20, 2023, in the Northern District of Ohio, Western Division, DOMINIC LANGSTON did knowingly and intentionally distribute approximately 9.63 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 7
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

7. On or about November 20, 2023, in the Northern District of Ohio, Western Division, DOMINIC LANGSTON did knowingly and intentionally distribute approximately 13.627 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 8<br>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

8. On or about December 8, 2023, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 10.05 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

COUNT 9<br>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

9. On or about December 8, 2023, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 13.2 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

COUNT 10<br>
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

10. On or about January 17, 2024, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 9.77 grams of a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11
(Distribution of a Controlled Substance, 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

The Grand Jury further charges:

11. On or about January 17, 2024, in the Northern District of Ohio, Western Division, MONTEL RICHARDSON did knowingly and intentionally distribute approximately 13.981 grams of methamphetamine hydrochloride, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 12
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A))

The Grand Jury further charges:

12. On or about July 5, 2023, in the Northern District of Ohio, Western Division, Defendant DOMINIC LANGSTON did knowingly carry two firearms, to wit: a Glock, Model 17, 9 mm semi-automatic pistol, bearing serial number BBWB857 and a Ruger, Model LCP9, 9 mm semi-automatic pistol, bearing serial number 381315090, during and in relation to a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of a Controlled Substance as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE

The Grand Jury further charges:

13. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Sections 924(d)(1), 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), the allegations contained in Counts 1-12 of this Indictment are incorporated herein by reference. As a result of the foregoing offenses, Defendants MONTEL RICHARDSON and DOMINIC LANGSTON shall forfeit to the United States all property

constituting, or derived from, any proceeds they obtained, directly or indirectly, as the result of the drug offenses charged herein in Counts 1-11; and all of their property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and DOMINIC LANGSTON shall forfeit to the United States any and all firearms and ammunition involved in or used in the commission of the firearms offense charged herein in Count 12.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.